UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARLOS A. SANTIAGO,

                NOTICE OF MOTION
        Plaintiff,

  v.               Case No. 14-CV-6719 (FPG)(JWF)

OFFICER SHAWN JORDAN and RN JEANANNE ODELL,

        Defendants.
_____

   Defendant Shawn Jordan moves this Court pursuant to FRCP 12(c) for judgment on the pleadings on the grounds that defendant Jordan was not timely served with process and is not subject to the personal jurisdiction of this court.

   In support of this motion the Court is referred to the Declaration of Patrick Beath, Esq., and exhibits thereto, along with the Memorandum of Law, all submitted herewith and made part of this motion.  Defendant Jordan reserves the right to file a reply memorandum of law within 14 days of plaintiff's filing of any opposition to this motion.

DATED: December 19, 2017      BRIAN F. CURRAN, CORPORATION COUNSEL

                  /S/Patrick Beath
             BY: PATRICK BEATH, ESQ, of Counsel
                *Attorneys for Defendants*
                30 Church Street, Room 400A
                Rochester, New York 14614
                (585) 428-6812

To: THE PARRINELLO LAW FIRM, LLP
   John R. Parrinello
   *Attorneys for Plaintiff*
   36 West Main Street, Suite 400
   Rochester, New York 14614