UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CARLOS A. SANTIAGO,

                  Plaintiff,

vs.

SHAWN JORDAN, et al.,

                  Defendant.

AMENDED SCHEDULING ORDER
14-CV-6719 FPG/MJP

_____

A conference having been held with the parties on January 27, 2021, in which certain deadlines contained in the Court's previously issued scheduling order were amended, therefore, it is:

ORDERED that:

1. All document discovery in this case shall be completed on or before **April 30, 2021**. Plaintiff is to provide authorizations by **February 12, 2021**, and interrogatories by **March 1, 2021**.

2. All motions to compel discovery shall be filed by **March 31, 2021**.

3. All factual witness depositions shall be completed on or before **July 30, 2021**.

4. Plaintiff shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **October 1, 2021**.

5. Defendants shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **November 1, 2021**.

6. All parties shall complete all discovery relating to experts, including depositions, by **December 31, 2021**.

7. Dispositive motions, if any, shall be filed no later than **February 28, 2022**. Unless a consent to proceed before this Court is filed, such motions shall be made returnable before Judge Geraci.

8. A trial date status conference pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall immediately contact the trial judge so that a trial date status conference can be scheduled.

At least seven (7) days prior to the trial date status conference, the parties shall file a joint case status report setting forth the information described below.  If the parties disagree as to the information to be provided, the report must set forth their different responses.  The joint status report shall contain:

a. <u>Nature of the Case</u>: Set forth a brief description of the action, identifying the parties, all counsel of record, the relief requested, any affirmative defenses and any relationship the case may have to other pending actions.

b. <u>Motion Practice</u>: Are any motions, dispositive or non-dispositive, pending? If so, briefly describe the motion. Explain if additional motion practice is necessary before the matter is ready to be tried.

c. <u>Settlement:</u> Describe the status of settlement negotiations. If the parties believe a court supervised settlement/mediation conference would be of assistance in resolving the case or narrowing disputed issues, please state.

d. <u>Trial:</u> State whether the case is ready for trial. If not, explain why. Set forth an estimate of how long the trial will take and whether the case is jury or non-jury.

9. Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

10. The Court requires that should any discovery dispute arise between the parties that a letter be sent to the Court detailing the dispute prior to any motion practice.

SO ORDERED.

DATED:   January 27, 2021
         Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge