UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CARLOS SANTIAGO,

              Plaintiff,

                                              Civil Action No.: 6:14-CV-06719-FPG-MJP

vs.

OFFICER SHAWN JORDAN, and
NURSE JEANNE ODELL, R.N.

              Defendants.

_____

## NOTICE OF MOTION

| | |
|---|---|
| **MOTION MADE BY**: | The law firm Rupp Baase Pfalzgraf Cunningham LLC, R. Anthony Rupp III and Chad A. Davenport, attorneys for the plaintiff. |
| **DATE AND TIME**: | On a date and time convenient for the Court. |
| **PLACE**: | Hon. Mark W. Pederson<br>U.S. Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **SUPPORTING PAPERS**: | Declaration of R. Anthony Rupp III, sworn to on March 22, 2021, with exhibits. |
| **ANSWERING PAPERS**: | Opposing papers, if any, are required to be filed and served in accordance with Court order, or, in the absence of a Court order, within 14 days after service of this motion in accordance with Local Rule 7(b)(2)(B). |
| **RELIEF REQUESTED**: | An Order allowing R. Anthony Rupp III and Chad A. Davenport to withdraw as plaintiff's attorney. |
| **GROUNDS FOR RELIEF**: | Local Rule 83.2 |

Dated: March 22, 2021
      Buffalo, New York

                                    **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                    *Attorneys for Plaintiff*

                                  By:      s/ R. Anthony Rupp III
                                          R. Anthony Rupp III
                                          Chad A. Davenport
                                1600 Liberty Building, 424 Main Street
                                   Buffalo, New York  14202
                                   (716) 854-3400

**TO:**    **BRIAN CURRAN**
          **CORPORATION COUNSEL**
          *Attorneys for Defendant*
          Patrick Beath, Esq.
          30 Church Street, Room 400 A
          Rochester, New York 14614
          (585) 428-6812

          **SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
          *Attorneys for Defendant*
          Christopher Defrancesco, Esq.
          250 South Clinton Street, Suite 600
          Syracuse, New York 13202
          (315) 474-2911

          **MONROE COUNTY LAW DEPARTMENT**
          Michele Romance Crain, Esq.
          Attorneys for Defendants
          39 West Main Street, Room 307
          Rochester, New York 14614
          (585) 753-1433