Dear Honorable Geraci,

I, Carlos A. Santiago, am writing this letter to you on November 12th, 2020, asking the court to order to remove Chad A. Davenport, as well as, Rupp, Baase, Pfalzgraf, Cunningham, LLC. as counsel for insufficient counseling reasons total breach of contract, verbal, as well as written. I ask the courts permission to proceed, once again, as Pro Se, Informa Properus. When I entered into this contract w/ Tony Rupp, Chad Davenport, Shawn Byrns of Rupp, Baase, Pfalzgraf, Cunningham, LLC. it was only that I'd be directly involved in all proceedings and with weekly update, mailed and by telephone. Chad Davenport is the only attorney I have seldomly heard from, never Shawn Byrns, very rarely Tony Rupp. Mr Rupp during a phone conversation yesterday said "your fiance, Melissa, is trying to run the show, and we don't work like that. Melissa LaFredo my fiance, has been directly involved helping me proceed as Pro Se, Informa Properus. He

Rupp, did not have an original agreement.
I am not satisfied w/ current counsel, as this is wrong and misconduct to not inform nor work with me properly on my case and has submitted documents without my consent; also has had private email discussions on my behalf, without my consent. I ask the court for counsel to be removed. I would prefer to proceed Pro Se.

Best Regards,
Carlos A. Santiago
Carlos A Santiago

11/12/20