## Davenport, Chad A.

| | |
|---|---|
| **From:** | Davenport, Chad A. |
| **Sent:** | Tuesday, November 24, 2020 4:03 PM |
| **To:** | Christopher F. DeFrancesco; Crain, Michele R; Noone, Chris |
| **Cc:** | Rupp, Anthony |
| **Subject:** | RE: Santiago v. City of Rochester, et al. |
| **Attachments:** | Stip. For Withdrawal.docx |

Thank you all. Attached is a proposed stipulation. Please sign and return at your earliest convenience, or advise if we have your consent to use an s/ signature for you.

**Chad Davenport**
Associate



**RUPP
BAASE
PFALZGRAF
CUNNINGHAM**LLC
**ATTORNEYS**

1600 Liberty Building | Buffalo, New York 14202 | 716.854.3400 ext. 226 | email 

The information contained herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, distribution or use of this information by persons or entities other than
the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from your computer. Email communications that are sent from a workplace computer or other business device or via a
third party's email system may be viewed by others and, for that reason, may not be protected. Clients should not send any communications to Rupp Baase Pfalzgraf Cunningham LLC from a computer or email account other than their
own.

**From:** Christopher F. DeFrancesco <cdefrancesco@smithsovik.com>
**Sent:** Tuesday, November 24, 2020 9:58 AM
**To:** Crain, Michele R <MCrain@monroecounty.gov>; Davenport, Chad A. <Davenport@ruppbaase.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Cc:** Rupp, Anthony <rupp@ruppbaase.com>
**Subject:** RE: Santiago v. City of Rochester, et al.

You have our consent.

Thanks,

Chris

**From:** Crain, Michele R <MCrain@monroecounty.gov>
**Sent:** Monday, November 23, 2020 5:13 PM
**To:** Davenport, Chad A. <Davenport@ruppbaase.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>; Christopher F. DeFrancesco <cdefrancesco@smithsovik.com>
**Cc:** Rupp, Anthony <rupp@ruppbaase.com>
**Subject:** Re: Santiago v. City of Rochester, et al.

1

Yes. I consent

Get Outlook for iOS

---

**From:** Davenport, Chad A. <Davenport@ruppbaase.com>
**Sent:** Monday, November 23, 2020 5:10:42 PM
**To:** Noone, Chris <Chris.Noone@CityofRochester.Gov>; Christopher F. DeFrancesco <cdefrancesco@smithsovik.com>; mcrain@monroecounty.gov <mcrain@monroecounty.gov>
**Cc:** Rupp, Anthony <rupp@ruppbaase.com>
**Subject:** Santiago v. City of Rochester, et al.


CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~

Good afternoon counselors,

Please advise if you will consent to our withdrawal as counsel of the plaintiff in this matter. If so, we will prepare a stipulation for everyone's signature.

Thank you,

Chad



**Chad Davenport**
Associate



**RUPP
BAASE
PFALZGRAF
CUNNINGHAM**LLC
**ATTORNEYS**

1600 Liberty Building | Buffalo, New York 14202 | 716.854.3400 ext. 226 | email 

The information contained herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, distribution or use of this information by persons or entities other than
the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from your computer. Email communications that are sent from a workplace computer or other business device or via a
third party's email system may be viewed by others and, for that reason, may not be protected. Clients should not send any communications to Rupp Baase Pfalzgraf Cunningham LLC from a computer or email account other than their
own.

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.