# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

CARLOS A. SANTIAGO,

                         *Plaintiff,*

v.

CITY OF ROCHESTER,
MONROE COUNTY, et al.,

                         *Defendants.*

**MONROE COUNTY'S NOTICE OF MOTION TO DISMISS**

Case No. 14-CV-06719(FPG)(MJP)

| | |
|---|---|
| Motion By: | Defendant Monroe County (the "County"). |
| Relief Requested: | An order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting judgment on the pleadings and dismissing, with prejudice, the Complaint and all claims as against the County, and such other and further relief as this Court deems proper. |
| Supporting Papers: | Notice of Motion; Declaration of Maria E. Rodi, Esq., dated March 28, 2021; and Memorandum of Law, dated March 28, 2021. |
| Grounds for Motion: | Plaintiff's Second Amended Complaint is in violation of the applicable statute of limitations and fails to sufficiently plead claim against Monroe County. |
| Location: | United States Court House, 100 State Street, Rochester, New York 14614 |
| Opposing Papers: | Under Local Rule, Plaintiff is required to file and serve opposing papers **fourteen (14) days** after the service of this motion, if the Court does not issue an order with an alternative deadline. The County intends to file and serve reply papers. |

March 28, 2021

                                        John P. Bringewatt, Monroe County Attorney

                                        s/ *Maria E. Rodi*
                                        Maria E. Rodi
                                        Senior Deputy County Attorney
                                        307 County Office Building, 39 W. Main Street
                                        Rochester, New York 14614
                                        585.753.1495
                                        mariarodi@monroecounty.gov

To:    All Counsel of Record, by ECF