United States District Court
Western District of New York
6:14-CV-06719

7/22/2021



Honorable Frank P. Geraci, Jr.

I, Carlos A Santiago, am asking the court for additional time to respond to ECF 113 - Motion for Judgement on the Pleadings by Monroe County. I was unaware of this motion due to releasing attorneys Rupp + Davenport. Please allow additional time to respond, as I am now proceeding Pro Se.

Best Regards,
Carlos A Santiago