United States District Court
Western District of New York
6:14-CV-06719-FPG-MWP

7/22/2021

Honorable Frank P. Geraci, Jr,
Honorable Mark W. Pederser;

I, Carlos A. Santiago, am asking the court in regards to Local Rule Civil Procedure Rule 83.8 to appoint counsel to represent me as a Pro Se Litigant. This case has been represented by 3 different attorneys that never had my best interests. I am asking the court to please provide me counsel through the Pro Bono services offered so that I can proceed with legal counsel appointed by the courts. If possible, Anne Marie Richmond. She helped me previously in Buffalo, NY prepare documents at Pro Se Department.

Best Regards,
Carlos A Santiago