**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

Christopher S. Noone
Municipal Attorney

July 26, 2021

Hon. Frank P. Geraci, Jr.
U.S. District Court Judge
Western District of New York
100 State Street
Rochester, NY 14614

Re:  *Santiago v. Jordan*
    Civil Action No.:  14-CV-06719 (FPG/MJP)

Dear Judge Geraci:

I am in receipt of Plaintiff, pro se, Carols Santiago's letter to you of July 22, 2021 requesting the assignment of *pro bono* counsel for the above matter. I am writing to advise that I do not oppose his request.

Thank you for your courtesies and your continued kind consideration of this matter.

Very truly yours,

Christopher S. Noone
Municipal Attorney

CSN/mb