

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Christopher S. Noone**
Municipal Attorney

June 16, 2023

<u>**Via Email and ECF**</u>
Hon. Mark J. Pedersen
U.S. Magistrate Judge
Western District of New York
100 State Street
Rochester, NY 14614

   Re: *Carlos A. Santiago v. Officer Shawn Jordan, et ano*
     *Civil Action No.:  14-CV-6719 FPG/MJP*

Dear Magistrate Pedersen:

  I am writing to convey a joint request by the parties to this action for an extension of the discovery and motion to compel discovery deadlines contained in the current Amended Scheduling Order (Dkt #164) to follow the upcoming mediation scheduled for June 29, 2023 with Professor Bernadette Gargano.  Resolution through mediation would obviate the need for further discovery and the parties would prefer to attempt that.

  Thank you for your courtesies and your kind consideration of this request.

      Very truly yours,

      Christopher S. Noone
      Municipal Attorney

CSN/mb
cc: Carlos A. Santiago (by email)
  Melissa A. Laffredo (by email)
  Christopher F. DeFrancesco, Esq. (by email)

Phone: 585.428.6753  Fax: 585.428.6950  TTY: 585.428.6054  EEO/ADA Employer  ✸