Revised 05/01 WDNY

# CERTIFCATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

*[FILED STAMP: JUN 27 2024, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

Carlos A Santiago,

Plaintiff(s),

v.

Jeananne O'Dell, RN,

Defendant(s).

CERTIFICATE OF SERVICE

6:14 -cv- 6719

I, (print your name) __Melissa A Laffreda__ served a copy of the attached papers (state the name of your papers) __First Interrogatory (and Document Requests)__

upon all other parties in this case by mailing [X] by hand-delivering [ ] (check the method you used) these documents to the following persons (list the names and addresses of the people you served)

Christopher DeFrancesco
Attn: Jeananne O'Dell, RN
250 South Clinton St.
Suite 600
Syracuse, New York 13202

on (date service was made) __6/26/24__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __6/26/24__       __Melissa A Laffreda__
(date)                         (your signature)